SHAWN N. ANDERSON
United States Attorney
GARTH R. BACKE
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AESHA DEBRUM SABLAN,<br><br>Defendant. | Criminal Case No. CR-25-00007<br><br>**INFORMATION**<br><br>Count One:<br>**Engaging in Sexual Contact with a Person in Official Detention**<br>18 U.S.C. § 2244(a)(4) |

THE UNITED STATES CHARGES THAT:

Count One:
**Engaging in Sexual Contact with a Person in Official Detention**
18 U.S.C. § 2244(a)(4)

Between sometime in 2022, the exact date being unknown, and on or about February 7, 2024, in the District of the Northern Mariana Islands, Defendant

**AESHA DEBRUM SABLAN**

in a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the head of any Federal department or agency, did knowingly engage in sexual contact with another person; namely, J.F., who was at the time in official detention and under the defendant's custodial, supervisory, and disciplinary authority, in violation of 18 U.S.C. 2244(a)(4).

INFORMATION- 1

Dated this 30TH day of May 2025.

                                        SHAWN N. ANDERSON
                                        United States Attorney

By: _____
      GARTH R. BACKE
      Assistant United States Attorney

INFORMATION- 2