FILED
Clerk
District Court
MAY 30 2025
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00007 |
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO SET MATTER FOR CHANGE OF PLEA HEARING |
| AESHA DEBRUM SABLAN, | |
| Defendant. | |

1  FOR GOOD CAUSE SHOWN, the United States' Motion to set a change of plea hearing

2  (ECF No. 3) is GRANTED. The requested hearing shall be held on **June 3, 2025, at 9:00 a.m.**

IT IS SO ORDERED May 30, 2025.

_____
RAMONA V. MANGLONA
Chief Judge

1